JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CARLOS LEON,

               Petitioner,

        v.

RAYMOND MADDEN,

               Respondent.

Case No. CV 15-07206-KK

JUDGMENT

     Pursuant to the Memorandum and Order Denying Petition for Writ of Habeas Corpus,

     IT IS HEREBY ADJUDGED the Petition is denied and this action is dismissed with prejudice.

DATED: December 29, 2015

_____

HONORABLE KENLY KIYA KATO
United States Magistrate Judge